1  **JENNIFER L. COON**
   California State Bar No. 203913
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: Jennifer_Coon@fd.org

5  Attorneys for Defendant

8                     UNITED STATES DISTRICT COURT

9                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                     (HONORABLE NITA L. STORMES)

11  UNITED STATES OF AMERICA,        )  CASE NO. 08MJ0601
                                     )
12         Plaintiff,                )
                                     )
13  v.                               )  **NOTICE OF APPEARANCE**
                                     )
14  PEDRO MARTIN CASTILLO,           )
                                     )
15         Defendant.                )
    _____)

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of
18  California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead
19  attorney in the above-captioned case.

20                                       Respectfully submitted,

22  Dated: March 3, 2008                 /s/ *JENNIFER L. COON*
                                         Federal Defenders of San Diego, Inc.
23                                       Attorneys for Defendant
                                         Jennifer_Coon@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: March 3, 2008                               /s/ *JENNIFER L. COON*
                                                   Federal Defenders of San Diego, Inc.
                                                   225 Broadway, Suite 900
                                                   San Diego, CA  92101-5030
                                                   (619) 234-8467  (tel)
                                                   (619) 687-2666  (fax)
                                                   Jennifer_Coon@fd.org (email)